SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Joseph Maillard, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-01983-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JAMES L. ADAMS; CONNIE J. ADAMS AND ORDER**<br><br>Complaint Filed: JULY 18, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (James L. Adams; Connie J. Adams) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant. Defendants (James L. Adams; Connie J. Adams) are dismissed because these Defendants are not proper parties to this action.

Dated: August 27, 2009                         /s/Scott N. Johnson
                                                                  SCOTT N. JOHNSON
                                                                  Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-01983-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated: August 28, 2009                    /s/ John A. Mendez
                                                                      JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                           CIV: S-09-01983-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com